UNITED STATES of America, Appellee,

v.

**Christopher M. MOHR, Appellant.**

No. 03–3533.

United States Court of Appeals, Eighth Circuit.

Aug. 23, 2004.

Michael L. Cheever, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Christopher Michael Mohr, Waseca, MN, pro se.

Richard H. Kyle, Jr., Kyle Law Office, Minneapolis, MN, for Defendant–Appellant.

Appellant's motion for remand has been considered by the court and is denied.